286

## EX PARTE D. L. McLEAN.

No. 21071. Delivered May 15, 1940.

The opinion states the case.

*Crawford C. Martin,* of Hillsboro, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Relator obtained from Hon. J. D. Stephenson, District Judge of Hill County, a writ of habeas corpus seeking bail, or reduction thereof, upon a charge by indictment of the offense of burglary. Upon a hearing relator's bond was fixed at $2,500.00, from which order he gave notice of appeal to this court.

It is now made known to us that relator's bond was reduced to $1,000.00, which he has given, and was released from custody, hence the question presented on appeal has become moot.

The appeal will, therefore, be dismissed, and it is so ordered.